NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHONG'S PRODUCE, INC., <br><br> Plaintiff, <br> v. <br><br> H & T, LLC dba Hai Thanh Supermarket; HAI TRUONG; MAI T. TRUONG; THANH MINH TRUONG; and DOES 1–10; <br><br> Defendants. | No. C10-00691 HRL <br><br> **ORDER REASSIGNING CASE TO A DISTRICT COURT JUDGE** |

On February 18, 2010, plaintiff filed a complaint along with a Motion for a Temporary Restraining Order. (Docket Nos. 1 & 2.) Because plaintiff has requested immediate injunctive relief prior to service of the complaint upon defendants, the undersigned lacks jurisdiction to hear this motion. Accordingly, this court ORDERS the Clerk of the Court promptly to reassign this case to a district court judge. *See* 28 U.S.C. § 636.

Dated: February 18, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-00691 HRL Notice will be electronically mailed to:**

Susan E. Bishop          sbishop@prattattorneys.com, ekhasin@prattattorneys.com, rtrazo@prattattorneys.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**